Thorpe v. DeMent

JUNIOUS THORPE, Administrator of Estate of Shirley Ann Thorpe, deceased, JUNIOUS THORPE, Individually, and MARY BUNCH THORPE v. RUSSELL W. DeMENT, JR., PHILIP O. REDWINE, SHERMAN A. YEARGAN, JR. and GARLAND L. ASKEW, doing business as DeMENT, REDWINE, YEARGAN and ASKEW, Attorneys at Law

No. 454A84

(Filed 4 December 1984)

APPEAL by plaintiffs from a decision of a divided panel of the Court of Appeals (*Judges Johnson* and *Arnold* concurring, *Judge Phillips* dissenting) reported in 69 N.C. App. 355, 317 S.E. 2d 692 (1984) affirming the judgment entered by *Brewer, J.*, at the 20 December 1982 Civil Session of Superior Court, WAKE County. Heard in the Supreme Court 15 November 1984.

*Boyce, Mitchell, Burns and Smith, P.A., by Greg L. Hinshaw and Susan K. Burkhart, for plaintiffs-appellant.*

*Van Camp, Gill and Crumpler, P.A., by Douglas R. Gill, for defendants-appellee.*

PER CURIAM.

Affirmed.